

AO 106 (REV. 4/10) Affidavit for Search Warrant

AUSA Michelle Parthum, (312) 886-1317

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9400 1112 0622 3855 7355 05, further described in Attachment A

Case No.

23 M 331

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Siedah Hampton, a Task Force Officer of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 843(b) | Use of a communications facility to distribute narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

*Siedah Hampton*
*Applicant's Signature*

SIEDAH HAMPTON, Task Force Officer
U.S. Postal Inspection Service
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: March 28, 2023

*Maria Valdez*
*Judge's signature*

City and State: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT )
)
NORTHERN DISTRICT OF ILLINOIS )

## AFFIDAVIT

I, Siedah Hampton, being duly sworn, state as follows:

1. I am a Task Force Officer with the U.S. Postal Inspection Service ("USPIS"). I have been so employed since approximately April 2022.

2. As part of my duties as a USPIS Task Force Officer, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

3. This affidavit is made in support of an application for a warrant to search the United States Priority Mail Parcel with Tracking Number 9400 1112 0622 3855 7355 05, described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning the use of a communications facility to distribute narcotics, in violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**").

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence,

instrumentalities, and contraband related to the **Subject Offense** are located within the **Subject Parcel**.

### I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

5. On or about March 24, 2023, the **Subject Parcel** was inspected at Roberto Clemente Post Office, located at 2339 N. California Avenue in Chicago, Illinois. The **Subject Parcel** was mailed on or about March 21, 2023, from Teterboro, New Jersey, 07699, and is addressed to "Aaron Salmonson, 3425 W Dickens Ave, Chicago, IL 60647-3713," with a return address of "SelfGlowX, 2378 Hamburg Turnpike, Wayne, NJ 07470." The **Subject Parcel** bears approximately $4.84 in postage, measures approximately 9 by 7 inches, and weighs approximately 3.59 ounces.

6. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7. First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. According to that database, the recipient name (Aaron Salmonson) is not associated with the recipient address (3425 W Dickens Avenue). In addition, the sender name (SelfGlowX) does not appear to be an actual business, and is not associated with the sender address (2378 Hamburg Turnpike). Based on my training and experience, fictitious sender or

2

recipient names, and fictitious return addresses, can indicate that the sender or recipient does not want to be associated with the parcel.

8. Second, the mailing label for the parcel does not contain a phone number for either the sender or the recipient. Based on my training and experience, when a package does not contain this type of information, it may indicate that the sender or recipient does not want to be associated with the parcel.

9. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

10. On or about March 28, 2023, I arranged for a Rolling Meadows Police Department Canine Officer and his canine partner, "Scar," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Scar is certified by the Illinois Law Enforcement Training and Standards Board as a narcotics dog. Scar was certified on or about October 6, 2022. Scar is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, and/or methamphetamine that could be contained inside. Scar is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. According to USPIS records, Scar has successfully alerted to controlled substances in U.S. Mail Parcels and letters on approximately 13 occasions since in or around December 2022, with a success rate of approximately 100%. To the best of my

3

knowledge, the Rolling Meadows Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

11. On or about March 28, 2023, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Scar examine the parcels and observed Scar alert by sitting next to the **Subject Parcel**. Scar did not alert to any of the other parcels. The Canine Officer informed me that Scar's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

## II. CONCLUSION

12. Based on the above information, I respectfully submit that there is probable cause to believe that the **Subject Offense** has been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a

search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

    FURTHER AFFIANT SAYETH NOT.

*Siedah Hampton*
Siedah Hampton
Task Force Officer
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 28th day of March, 2023

*Maria Valdez*
Honorable MARIA VALDEZ
United States Magistrate Judge

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

A United States Priority Mail Parcel with Tracking Number 9400 1112 0622 3855 7355 05, which is a USPS Priority Mail Flat Rate Envelope measuring approximately 9 by 7 inches, bearing approximately $4.84 in postage, and weighing approximately 3.59 ounces, and which was mailed on or about March 21, 2023, from Teterboro, New Jersey, 07699, addressed to "Aaron Salmonson, 3425 W Dickens Ave, Chicago, IL 60647-3713," with a return address of "SelfGlowX, 2378 Hamburg Turnpike, Wayne, NJ 07470."

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. Items associated with the distribution, manufacturing, use, or possession of controlled substances;

4. United States currency and items associated with United States currency; and

5. Items that identify the sender or receiver of the parcel.