AO 93 (Rev. 11/13) Search and Seizure Warrant               AUSA Michelle Parthum, (312) 886-1317

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9400 1112 0622 3855 7355 05, further described in Attachment A

Case No. 23 M 331

## SEARCH AND SEIZURE WARRANT

To: Siedah Hampton and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before April 11, 2023 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: March 28, 2023 3:55 p.m.

*Judge's signature*

City and State: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No: 23 M 331 | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

A United States Priority Mail Parcel with Tracking Number 9400 1112 0622 3855 7355 05, which is a USPS Priority Mail Flat Rate Envelope measuring approximately 9 by 7 inches, bearing approximately $4.84 in postage, and weighing approximately 3.59 ounces, and which was mailed on or about March 21, 2023, from Teterboro, New Jersey, 07699, addressed to "Aaron Salmonson, 3425 W Dickens Ave, Chicago, IL 60647-3713," with a return address of "SelfGlowX, 2378 Hamburg Turnpike, Wayne, NJ 07470."

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. Items associated with the distribution, manufacturing, use, or possession of controlled substances;

4. United States currency and items associated with United States currency; and

5. Items that identify the sender or receiver of the parcel.