AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: 23 M 331 | Date and Time Warrant Executed: 29 March 2023 1139hrs | Copy of Warrant and Inventory Left With: |
| Inventory made in the presence of: TFO M. Solidum | | |
| Inventory of the property taken and name of any person(s) seized: (1) white box labeled Anastrozole containing (50) tablets suspect steroids  (2) clear vials containing clear liquid labeled Testosterone suspect steroid  1) clear vial labeled Human Chorionic gonadotropin containing white powder substance suspect steroid | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 29 Mar 2023

*Siedah Hampton*
*Executing officer's signature*

TFO Siedah Hampton
*Printed name and title*